# CASE NO. 05-18-00024-CR

5th Court of Appeals
FILED: 06-01-2018
Lisa Matz, Clerk

May 24, 2018

Lisa Matz
Clerk of the Court
Fifth Court of Appeals
600 Commerce Street, Ste. 200
Dallas, TX 75202

RECEIVED
COURT OF APPEALS

JUN 0 1 2018

LISA MATZ
CLERK, 5th DISTRICT

RE: Case No. 05-18-00024-CR
Style: Johnathan Williams Lamb
            v. The State of Texas
Trial Court Case No. F-1741778-P

Dear MG. Lisa Matz, Clerk

   I was informed by you that my Appeal was to go before the court on May 8th, 2018 but, I have not been notified of the outcome. Please write me back and let me know what happened with my appeal, and please send me anything the court has in relation to my case, Thank You. I need the Video (1) CCTV. Zip as well as I am going to be filing an 11.07 and I need to view the tape for evidence that my trial Lawyer failed to present in trial, that will show that there were mitigating circumstances behind my actions. The warden will allow me to view it in the law library but it must come from the Clerk of the Court. Thank you.

          Respectfully Submitted,
          Johnathan Lamb #2166356

RECEIVED

Johnathan Lamb #2166356
AI-7T
Wayne Scott Unit
6999 Retrieve
Angleton, TX 77515

Johnathon Lamb #2166356
A1-7T
Wayne Scott Unit
6999 Retrieve
Angleton, TX 77515

**RECEIVED**
**COURT OF APPEALS**

JUN 0 1 2018

**LISA MATZ**
**CLERK, 5th DISTRICT**

✳ LEGAL MAIL ✳



Lisa Matz
Clerk of the ♦ Clerk
Fifth Court of Appeals
600 Commerce Street, Ste 200
Dallas, TX 75202

75202-465399

✳ LEGAL MAIL ✳